Form NAS13

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN

U.S. Federal Courthouse
500 S. Barstow Street
Eau Claire, WI 54701

In Re:                                                                                          Case Number:    1−19−11152−bhl
                                                                                                          Chapter:    13
Jason E. Bluhm
Jennifer M. Bluhm

                                   Debtor(s).

## NOTICE OF AMENDED SCHEDULES

To: Additional Creditor(s)

PLEASE TAKE NOTICE that the debtor(s) filed an amendment to their schedule listing you as a creditor and that 9/26/19 is fixed as the last day for filing a complaint to determine the dischargeability of any debt pursuant to 11 U.S.C. § 523(c).

Enclosed is a copy of the original Notice of Commencement of Case. Please note that the deadlines have been extended for you in order to provide adequate notice.

Dated: 8/27/19

                                                                            Marcia M. Anderson, Clerk
                                                                            U.S. Bankruptcy Court